IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-02461 |
| | } | |
| Tonette Denise Wormley | } | Judge Carol A. Doyle |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Cook County |

TO: **Thomas H. Hooper**, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic notification;

**Tonette Denise Wormley,** 18600 Village West, #106, Hazel Crest, IL 60429, via electronic notification; and

See Attached List

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on March 18, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin             3/18/2022
David Freydin, Esq            Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-02461<br>Northern District of Illinois<br>Eastern Division<br>Fri Mar 18 10:39:47 CDT 2022 | Bridgecrest Acceptance Corporation c/o AIS<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| BRIDGECREST CREDIT COMPANY,LLC<br>1800 N COLORADO ST<br>GILBERT, AZ 85233 | Bridgecrest Acceptance Corporation<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Bridgecrest Acceptance Corporation c/o AIS P<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One<br>POB 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank USA NA<br>PO Box 31293<br>Salt Lake City UT 84131-0293 | DEPT OF ED/NELNET<br>121 SOUTH 13TH ST<br>LINCOLN, NE 68508-1904 |
| Karen A Yarbrough<br>Clerk of Cook County<br>Tax Redemption Division<br>118 N Clark St Rm434<br>Chicago, IL 60602-1413 | SELF/LEAD BANK<br>1801 MAIN STREET<br>KANSAS CITY, MO 64108-2352 | US Department of Education c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508-1904 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 |
| Tonette Denise Wormley<br>18600 Village West Dr<br>#106<br>Hazel Crest, IL 60429-2433 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |